ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/1/2015 10:16:43 AM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00158-CR

| | | |
|---|---|---|
| RICKY NEAL, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| V. | § | 12th JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/1/2015 10:16:43 AM
CATHY S. LUSK
Clerk

---

## STATE'S MOTION TO STRIKE APPELLANT'S BRIEF FOR VIOLATION OF THE RULES OF APPELLATE PROCEDURE

---

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Comes now the STATE OF TEXAS, and presents its Motion to Strike Appellant's

Brief in the above cause, and in support of this motion, would show the Honorable

Court the following:

A.   The case was originally disposed of by a jury trial in the 7th District Court of Smith County, Texas, the Honorable Kerry Russell, judge presiding.

B.   The trial court cause number was 007-0505-13, and the case was styled *The State of Texas v. Ricky Neal.*

C.   Appellant was convicted of the offense of Murder.

D.   The jury assessed a sentence of Life in confinement and no fine.

E.   On April 26, 2015, Appellant filed his brief. Said brief contains a Certificate of Compliance on page 88 which states:

> This document also complies with the word-count limitation of Tex. R. App. 9.4 (i), if applicable, because it contains 25,900 words, excluding any parts exempted by Tex. R. App. 9.4 (i) (l).

F.    The State would respectfully submit that the word-count limitation of Tex. R. App. 9.4 (i) does in fact apply to briefs filed in appeals to the 12th Judicial District Court of Appeals from criminal convictions.

G.    Tex. R. App. 9.4 (i) (2) provides the "maximum length" for a brief in an appellate court and states:

> (2)    Maximum Length. The documents listed below **must not** exceed the following limits:
>
> (A)    not applicable
>
> (B)    A brief and response in an appellate court (other than a brief under subparagraph (A)) and a petition and response in an original proceeding in the court of appeals: **15,000 words if computer generated**, and 50 pages if not. In a civil case in the court of appeals, the aggregate of all briefs filed by a party must not exceed 27,000 words if computer generated, and 90 pages if not. (emphasis supplied).

> TEX. R. APP. PROC. Rule 9.4 (i) (2) (B) (Vernon 2015).

H.    Appellant's brief is certified to be "25,900 words" in length, "excluding any parts exempted by Tex. R. App. 9.4 (i) (l)." This is an amount that is 10,900 words over the maximum length allowed by Rule 9.4 (i).

I.    Appellant's brief is in obvious violation of the rule regarding the length of briefs filed in an appellate court as mandated under Rule 9.4 of the Rules of Appellate Procedure. The State objects to this violation and respectfully requests that the Court strike Appellant's brief and order him to file a new brief that is consistent with Rule 9.4 (i).

**WHEREFORE PREMISES CONSIDERED**, the State requests that the Honorable Court find that Appellant's brief in this case has exceeded the maximum length for such documents under Tex. R. App. 9.4 (i) (2), and order said brief to be struck and returned to Appellant with instructions to file a new brief which complies with the word-length limits clearly set out under Tex. R. App. 9.4 (i) (2).

Respectfully submitted

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney
Smith County, Texas
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719 (fax)

## CERTIFICATE OF SERVICE

On _____April 1, 2015_____, at true and complete copy of this instrument has been electronically served to:

Mr. Carlo D'Angelo
Attorney at Law
100 East Ferguson, Ste. 1210
Tyler, Texas 75702

Michael J. West, SBN: 21203300
Assistant Criminal District Attorney